# Supreme Court of Kentucky

2020-SC-000206-T


JOHN W. BYRNES                                                    MOVANT


ON APPEAL FROM JEFFERSON CIRCUIT COURT
V.           HONORABLE CHARLES L. CUNNINGHAM, JR., JUDGE
NO. 19-CI-005738


ERIE INSURANCE COMPANY                                      RESPONDENT


## ORDER DENYING MOTION TO TRANSFER

Respondent's motion for transfer of the above-styled appeal from the Court of Appeals of Kentucky to the Supreme Court of Kentucky is denied.

All sitting. All concur.

ENTERED: August 20, 2020.

_____
CHIEF JUSTICE